UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08 - 20849 CR-JORDAN  /McALILEY

CASE NO.

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1956(a)(2)(B)(i)
21 U.S.C. § 963
18 U.S.C. § 982
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ASHOK NARAIN MAHIBUBANI-LADHARAM,
SANJAY MAHIBUBANI-LADHARAM,
MARIO GONDOLA, and
OMAR JAVIER THOMAS,

Defendants.
_____/



FILED by ___ D.C.
SEP 1 9 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about June 15, 2007, and continuing until on or about March 10, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ASHOK NARAIN MAHIBUBANI-LADHARAM,
SANJAY MAHIBUBANI-LADHARAM,
MARIO GONDOLA,
and
OMAR JAVIER THOMAS**

did willfully, that is with the specific intent to further the unlawful purpose, and knowingly combine, conspire, and agree with each other, and with other persons known and unknown to the Grand Jury,



to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is:

(a) to knowingly conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and that while conducting such transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

(b) to knowingly transport, transmit, and transfer monetary instruments and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instruments and funds involved in the transportation, transmission, and transfer, represent the proceeds of some form of unlawful activity and knowing that such transport, transmission, and transfer, is designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

It is further alleged that the specified unlawful activity referred to above is the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-12

On or about the dates specified below as to each count, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ASHOK NARAIN MAHIBUBANI-LADHARAM**
and
**SANJAY MAHIBUBANI-LADHARAM,**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

| COUNT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|
| 2 | 07/20/2007 | Transfer of approximately $64,605 United States Dollars from Miami, FL, to Shivatex Manufacturing Co., Inc., at Banco De Oro, Philippines. |
| 3 | 07/20/2007 | Transfer of approximately $64,605 United States Dollars from Miami, FL, to Philprime Garments Manufacturing Co., Inc., at China Banking Corporation, Phillipines. |
| 4 | 07/20/2007 | Transfer of approximately $44,814 United States Dollars from Miami, FL, to Aartis Impex at Indian Overseas Bank, Hong Kong, China. |
| 5 | 07/20/2007 | Transfer of approximately $58,475 United States Dollars from Miami, FL, to China Exports Limited at Hong Kong & Shanghai Banking Corporation, Hong Kong, China. |
| 6 | 07/23/2007 | Transfer of approximately $45,837 United States Dollars from Miami, FL, to Sinowin Asia Limited at Indian Overseas Bank, Hong Kong, China. |

| 7 | 07/23/2007 | Transfer of approximately $12,638 United States Dollars from Miami, FL, to Shivatex Manufacturing Co., Inc. at Banco De Oro, Philippines. |
| --- | --- | --- |
| 8 | 08/01/2007 | Transfer of approximately $52,662 United States Dollars from Miami, FL, to an account in the name of K.C. at BAC Florida Bank for credit to BAC International Bank. |
| 9 | 08/01/2007 | Transfer of approximately $71,824 United States Dollars from Miami, FL, to an account in the name of K.C. at BAC Florida Bank for credit to BAC International Bank. |
| 10 | 08/01/2007 | Transfer of approximately $67,248 United States Dollars from Miami, FL, to an account in the name of K.C. at BAC Florida Bank for credit to BAC International Bank. |
| 11 | 08/01/2007 | Transfer of approximately $58,475 United States Dollars from Miami, FL, to China Exports Limited at Hong Kong & Shanghai Banking Corporation, Hong Kong. |
| 12 | 08/01/2007 | Transfer of approximately $30,710 United States Dollars from Miami, FL, to Uptron at BNP Paribas, Singapore. |

It is further alleged that the financial transaction involved the proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Section Section 1956(a)(1)(B)(i), and 2.

## COUNTS 13-23

On or about the dates specified below as to each count, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ASHOK NARAIN MAHIBUBANI-LADHARAM**
**and**
**SANJAY MAHIBUBANI-LADHARAM,**

did knowingly transport, transmit, and transfer and attempt to transport, transmit, and transfer monetary instruments and funds, as set forth below, from a place in the United States to and through a place outside the United States, knowing that the monetary instruments and funds involved in the transport, transmission, and transfer represent the proceeds of some form of unlawful activity and knowing that such transport, transmission, and transfer is designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity.

| COUNT | APPROXIMATE DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|
| 13 | 07/20/2007 | Transfer of approximately $64,605 United States Dollars from Miami, FL, to Shivatex Manufacturing Co., Inc., at Banco De Oro, Philippines |
| 14 | 07/20/2007 | Transfer of approximately $64,605 United States Dollars from Miami, FL, to Philprime Garments Manufacturing Co., Inc., at China Banking Corporation, Phillipines. |
| 15 | 07/20/2007 | Transfer of approximately $44,814 United States Dollars from Miami, FL, to Aartis Impex at Indian Overseas Bank, Hong Kong, China. |
| 16 | 07/20/2007 | Transfer of approximately $58,475 United States Dollars from Miami, FL, to China Exports Limited at Hong Kong & Shanghai Banking Corporation, Hong Kong, China. |
| 17 | 07/23/2007 | Transfer of approximately $45,837 United States Dollars from Miami, FL, to Sinowin Asia Limited at Indian Overseas Bank, Hong Kong, China. |
| 18 | 07/23/2007 | Transfer of approximately $12,638 United States Dollars from Miami, FL, to Shivatex Manufacturing Co., Inc. at Banco De Oro, Philippines. |
| 19 | 08/01/2007 | Transfer of approximately $52,662 United States Dollars from Miami, FL, to an account in the name of K.C. at BAC Florida Bank for credit to BAC International Bank. |

| 20 | 08/01/2007 | Transfer of approximately $71,824 United States Dollars from Miami, FL, to an account in the name of K.C. at BAC Florida Bank for credit to BAC International Bank. |
|----|------------|---|
| 21 | 08/01/2007 | Transfer of approximately $67,248 United States Dollars from Miami, FL, to an account in the name of K.C. at BAC Florida Bank for credit to BAC International Bank. |
| 22 | 08/01/2007 | Transfer of approximately $58,475 United States Dollars from Miami, FL, to China Exports Limited at Hong Kong & Shanghai Banking Corporation, Hong Kong. |
| 23 | 08/01/2007 | Transfer of approximately $30,710 United States Dollars from Miami, FL, to Uptron at BNP Paribas, Singapore. |

It is further alleged that the financial transaction involved the proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

In violation of Title 18, United States Code, Section Section 1956(a)(2)(B)(i), and 2.

## COUNT 24

From on or about June 8, 2007, to on or about January 28, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ASHOK NARAIN MAHIBUBANI-LADHARAM,**
**and**
**SANJAY MAHIBUBANI-LADHARAM,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## ASSET FORFEITURE ALLEGATION

a.  The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853; Title 18, United States Code, Section 982(a)(1); and the procedures outlined in Title 21, United States Code, Section 853.

b.  Upon conviction of any of the violations of Title 21, United States Code, Section 963 the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violation, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

c.  Upon conviction of any of the violations of Title 18, United States Code, Section1956, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in such offense, and all property

traceable to such property.

All pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Sections 982(a)(1) and (b); and the procedures outlined in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ERIC E. MORALES
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| ASHOK NARAIN MAHIBUBANI-, LADHARAM, et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

\_**X**\_ Miami \_\_\_\_ Key West
\_\_\_\_ FTL \_\_\_\_ WPB \_\_\_\_ FTP

New Defendant(s)      Yes \_\_\_\_   No \_\_\_\_
Number of New Defendants   \_\_\_\_
Total number of counts   \_\_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  **Yes**
   List language and/or dialect  **Spanish**

4. This case will take  **6**  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      \_\_\_\_           Petty       \_\_\_\_
   II   6 to 10 days     \_**X**\_          Minor       \_\_\_\_
   III  11 to 20 days    \_\_\_\_           Misdem.     \_\_\_\_
   IV   21 to 60 days    \_\_\_\_           Felony      \_**X**\_
   V    61 days and over \_\_\_\_

6. Has this case been previously filed in this District Court? (Yes or No)  **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **Yes**
   If yes:
   Magistrate Case No.         08-2709-STB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  \_\_\_\_ Yes  \_**X**\_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  \_\_\_\_ Yes  \_**X**\_ No

_____
ERIC E. MORALES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500886

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ASHOK NARAIN MAHIBUBANI-LADHARAM

**Case No:**

Count #: 1

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 years' imprisonment

Count #: 2-12

Money laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 years' imprisonment

Count #: 13-23

Money laundering

Title 18, United States Code, Section 1956(a)(2)(B)(i)

**\*Max. Penalty:** 20 years' imprisonment

Count #: 24

Conspiracy to import cocaine into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SANJAY MAHIBUBANI-LADHARAM

**Case No:**

Count #: 1

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 years' imprisonment

Count #: 2-12

Money laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 years' imprisonment

Count #: 13-23

Money laundering

Title 18, United States Code, Section 1956(a)(2)(B)(i)

**\*Max. Penalty:** 20 years' imprisonment

Count #: 24

Conspiracy to import cocaine into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MARIO GONDOLA

**Case No:** _____

Count #: 1

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 years' imprisonment

Count #:

\* **Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** OMAR THOMAS

**Case No:**

Count #: 1

Conspiracy to launder monetary instruments

Title 18, United States Code, Section 1956(h)

*__Max. Penalty:__ 20 years' imprisonment

Count #:

* __Max. Penalty__:

Count #:

*__Max. Penalty:__

Count #:

*__Max. Penalty:__

* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.